## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL PETERS, individually and on behalf of himself and all others similarly situated; JESSICA ABELOE, FREDERICK BRIERE, WINONA GIBBS, KYLAN JENSEN, LISA WENGER, DAVID WHARTON, HECTOR BRAVO, CHERYL DUNCAN, ATHENA GARDENIER, JACK GIBBS, PATRICK GRAY, BRIANNE HANSON, AMBER JENSEN, DAWN LEE, JANET LOOMIS, RAYMOND MINES, MEGAN MURPHY HOFFMAN, ALEXA OLSON-FRANKS, RHONDA PARSONS, REBECCA ROGENES, ALISHA ROSELEIP, KIMBERLY RUDNINGEN, AARON RUDNINGEN, THURMAN WESTERBY, and JANE DOE,  Plaintiffs, vs. SHERIDAN MEMORIAL HOSPITAL ASSOCIATION, a Domestic Non-Profit Corporation; BILLINGS CLINIC, a Domestic Non-Profit Corporation, and KODY NELSON, Individually,  Defendants. | Case No. 4:25-cv-00051-JTJ  ORDER |

Having reviewed Plaintiffs' Unopposed Motion for Zoom Appearance, and there being no objection thereto from opposing parties, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs may appear via Zoom for the hearing scheduled on October 15, 2025, at 2:30 p.m. Plaintiffs will not be allowed to speak during the hearing and must keep their microphones on mute.

The Zoom information is as follows:

Meeting ID: 161 7634 6064
Passcode: 981763

One tap mobile
+16692545252,,16176346064#,,,,*981763# US (San Jose)
+16468287666,,16176346064#,,,,*981763# US (New York)

Dial by your location
- +1 669 254 5252 US (San Jose)
- +1 646 828 7666 US (New York)
- +1 646 964 1167 US (US Spanish Line)
- +1 551 285 1373 US (New Jersey)
- +1 669 216 1590 US (San Jose)
- +1 415 449 4000 US (US Spanish Line)

Meeting ID: 161 7634 6064
Passcode: 981763

Find your local number: https://mtd.zoomgov.com/u/aeFoOJBul9
join by SIP
- 16176346064@sip.zoomgov.com

Join by H.323
- 161.199.138.10 (US West)
- 161.199.136.10 (US East)

Meeting ID: 161 7634 6064
Passcode: 981763

DATED this 14th day of October 2025.

_____
John Johnston
United States Magistrate Judge