# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL PETERS, individually and on behalf of himself and all others similarly situated; JESSICA ABELOE, FREDERICK BRIERE, WINONA GIBBS, KYLAN JENSEN, LISA WENGER, DAVID WHARTON, HECTOR BRAVO, CHERYL DUNCAN, ATHENA GARDENIER, JACK GIBBS, PATRICK GRAY, BRIANNE HANSON, AMBER JENSEN, DAWN LEE, JANET LOOMIS, RAYMOND MINES, MEGAN MURPHY HOFFMAN, ALEXA OLSON-FRANKS, RHONDA PARSONS, REBECCA ROGENES, ALISHA ROSELEIP, KIMBERLY RUDNINGEN, AARON RUDNINGEN, THURMAN WESTERBY, and JANE DOE,<br><br>                     Plaintiffs,<br><br>v.<br><br>SHERIDAN MEMORIAL HOSPITAL ASSOCIATION, a Domestic Non-Profit Corporation; BILLINGS CLINIC, a Domestic Non-Profit Corporation, and KODY NELSON, Individually,<br><br>                     Defendants. | Case No.: CV-25-51-GF-JTJ<br><br><br>**ORDER** |

On October 15, 2025, the Court heard oral argument regarding Defendant Billings Clinic's Motion to Dismiss Plaintiffs' Complaint. (Doc. 8), and Defendant Kody Nelson's (Nelson) Motion to Dismiss Plaintiffs' Complaint (Doc. 12). Both

1

Billings Clinic and Nelson contended that Plaintiffs' Complaint failed to state a claim against either of them because neither of them is Plaintiffs' employer. Also, during the oral argument, Plaintiffs Motion for Temporary Restraining Order and Motion for Preliminary Injunction Relief (Doc. 34) was discussed.

Based upon the briefing, (Docs. 8, 12, 14, 16 , 22, and 24), and the oral arguments of the parties,

IT IS ORDERED that Plaintiffs shall have until October 24, 2025, to file an Amended Complaint.

IT IS FURTHER ORDERED that Billings Clinic and Nelson shall have until October 27, 2025, to file a brief in opposition to Plaintiffs' request for a Temporary Restraining Order. If Plaintiffs choose to file a response, it shall be filed by October 29, 2025.

DATED this 16th day of October 2025.

_____
John Johnston
United States Magistrate Judge