## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

MICHAEL PETERS, individually and
on behalf of himself and all others
similarly situated, et al.,

          Plaintiffs,

v.

SHERIDAN MEMORIAL HOSPITAL
ASSOCIATION, et al.,

          Defendants.

No. CV-25-51-GF-JTJ

ORDER

Before the Court are Defendant Billings Clinic's Motion to Dismiss and Defendants Kody Nelson and Sheridan Memorial Hospital's Motion to Dismiss. (Docs. 8 and 12). Plaintiffs filed an Amended Complaint on October 24, 2025, (Doc. 18) rendering the Motions to Dismiss the initial Complaint moot. *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (an amended complaint supersedes an original complaint, rendering the original complaint without any legal effect); *Frazier v. City of Fresno*, 2023 WL 1786228, at *1 (E.D. Cal. Feb. 6, 2023) ("Once an amended complaint is filed, the previous complaint becomes null and void, and generally any pending motion to dismiss that was directed at the previous pleading will be thus rendered moot.")

Accordingly, IT IS ORDERED that Defendant Billings Clinic's Motion to Dismiss (Doc. 8) and Defendants Kody Nelson and Sheridan Memorial Hospital's Motion to Dismiss (Doc. 12) are DENIED AS MOOT.

DATED this 6th day of November 2025.


John Johnston
United States Magistrate Judge