# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL PETERS, individually and on behalf of himself and all others similarly situated; JESSICA ABELOE, FREDERICK BRIERE, WINONA GIBBS, KYLAN JENSEN, LISA WENGER, DAVID WHARTON, HECTOR BRAVO, CHERYL DUNCAN, ATHENA GARDENIER, JACK GIBBS, PATRICK GRAY, BRIANNE HANSON, AMBER JENSEN, DAWN LEE, JANET LOOMIS, RAYMOND MINES, MEGAN MURPHY HOFFMAN, ALEXA OLSON-FRANKS, RHONDA PARSONS, REBECCA ROGENES, ALISHA ROSELEIP, KIMBERLY RUDNINGEN, AARON RUDNINGEN, THURMAN WESTERBY, and JANE DOE,<br><br>                    Plaintiffs,<br><br>v.<br><br>SHERIDAN MEMORIAL HOSPITAL ASSOCIATION, a Domestic Non-Profit Corporation; BILLINGS CLINIC, a Domestic Non-Profit Corporation, and KODY NELSON, Individually,<br><br>                    Defendants. | Case No.: CV-25-51-GF-JTJ<br><br>**ORDER** |

The Court conducted a telephonic conference on November 19, 2025, regarding Plaintiffs' Motion for Temporary Restraining Order (TRO) and Motion for Preliminary Injunctive Relief, which were fully briefed by the parties. The Court advised the parties it was ordering a settlement conference.

Accordingly,

IT IS ORDERED that Plaintiffs' Motions for TRO and Preliminary Injunction (Doc. 34) are HELD IN ABEYANCE pending a settlement conference to be conducted by Magistrate Judge Cavan.

DATED this 19th day of November 2025.

John Johnston
United States Magistrate Judge