IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL PETERS, individually and on behalf of himself and all others similarly situated; JESSICA ABELOE, FREDERICK BRIERE, WINONA GIBBS, KYLAN JENSEN, LISA WENGER, DAVID WHARTON, HECTOR BRAVO, CHERYL DUNCAN, ATHENA GARDENIER, JACK GIBBS, PATRICK GRAY, BRIANNE HANSON, AMBER JENSEN, DAWN LEE, JANET LOOMIS, RAYMOND MINES, MEGAN MURPHY HOFFMAN, RHONDA PARSONS, REBECCA ROGENES, ALISHA ROSELEIP, THURMAN WESTERBY, and JANE DOE,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHERIDAN MEMORIAL HOSPITAL ASSOCIATION, a Domestic Non-Profit Corporation; BILLINGS CLINIC, a Domestic Non-Profit Corporation, and KODY NELSON, Individually,<br><br>    Defendants. | Case No.: CV 25-51-GF-JTJ<br><br>ORDER GRANTING WITHDRAWAL OF PLAINTIFF AARON RUDNINGEN |

Having reviewed Plaintiff Aaron Rudningen's notice of consent to withdraw his claim, it is hereby ORDERED that Mr. Rudningen is removed from this matter and the caption is modified accordingly. IT IS SO ORDERED.

Dated this 27th day of January, 2026.

_____
John Johnston
United States Magistrate Judge