**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| MICHAEL PETERS, individually and on behalf of himself and all others similarly situated; JESSICA ABELOE, FREDERICK BRIERE, WINONA GIBBS, KYLAN JENSEN, LISA WENGER, DAVID WHARTON, HECTOR BRAVO, CHERYL DUNCAN, JACK GIBBS, PATRICK GRAY, AMBER JENSEN, JANET LOOMIS, MEGAN MURPHY - HOFFMAN, REBECCA ROGENES, ALISHA ROSELEIP, THURMAN WESTERBY ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: CV 25-51-GF-JTJ |
| Plaintiffs, ) ) ) | ORDER GRANTING WITHDRAWAL OF PLAINTIFF DAWN LEE |
| vs. ) ) | |
| SHERIDAN MEMORIAL HOSPITAL ASSOCIATION, a Domestic Non-Profit Corporation; BILLINGS CLINIC, a Domestic Non-Profit Corporation, and KODY NELSON, Individually, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

Having reviewed Plaintiff's Dawn Lee notice of consent to withdraw her claim, it is hereby ORDERED that Ms. Lee is removed from this matter and the caption is modified accordingly. IT IS SO ORDERED.

Dated this 6th day of July, 2026.

_____
John Johnston
United States Magistrate Judge